UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRKPATRICK DUNBAR,

Plaintiff,

-v-

GRACE CONVENIENCE, INC., et al.,

Defendant.

CIVIL ACTION NO. 26 Civ. 6685 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred to the undersigned for general pretrial supervision. (Dkt. No. 5). Pursuant to Section 3012(c) of the New York Civil Practice Law and Rules, the deadline for Defendant Grace Convenience, Inc. ("Grace") to respond to the Complaint was September 18, 2026. (Dkt. No. 7). See Robles v. Lambsbreath LLC, No. 24 Civ. 7501 (JLR) (SN), 2025 WL 1151119, at *1 (S.D.N.Y. Mar. 6, 2025) (explaining that "[d]efendant's time to respond was 30 days" after "the summons and complaint were served with the Secretary of State") (citing N.Y. C.P.L.R. 3012(c)). To date, Grace has not responded to the Complaint. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Grace to respond to the Complaint to **October 5, 2026**.

Grace is warned that failure to answer, move, or otherwise respond to the Complaint by **October 5, 2026**, may result in the Court permitting Plaintiff to initiate default proceedings.

Dated: New York, New York
September 21, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**