UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRKPATRICK DUNBAR,

Plaintiff,

-v-

GRACE CONVENIENCE, INC., et al.,

Defendant.

CIVIL ACTION NO. 26 Civ. 6685 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 2, 2026, the parties informed the Court that they have reached a settlement in principle. (Dkt. No. 16 (the "Notice")). In light of the Notice, the in person initial case management conference scheduled for November 10, 2026 at 12:00 p.m. ET, is **CANCELLED**. (See Dkt. No. 14).

Dated: New York, New York
November 4, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**